## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| IN RE:   RALPH JAMES HARMEL JR. | CASE NO. 13-11717-TMD |
| VENESSA ANN HARMEL | |
| DEBTORS | CHAPTER 13 |

### NOTICE OF TRUSTEE DISBURSEMENTS IN ONGOING MORTGAGE CASE

**NOTICE IS HEREBY GIVEN** pursuant to the *Amended Standing Order Relating to Ongoing Mortgage Payments in Chapter 13 Cases in the Austin Division* for the Western District of Texas that the following is a schedule of payments made on the above referenced claim.

This notice covers the period from September 5, 2013 through March 13, 2015.  These payments should be applied pursuant to the terms of the plan, beginning with the first installment due under the terms of the plan, and in accordance with the procedures in place in the Western District of Texas, Austin Division.

In order to collect a claim against the estate or the debtor for late charges, attorney fees, or other charges you believe are authorized pursuant to your agreement with the debtor (other than a claim for a regularly scheduled installment that became due within the period covered by this report) you must file your claim or notice pursuant to Federal Rule of Bankruptcy Procedure 3002.1(c).  You may file this claim as a supplement to your proof of claim that clearly itemizes and identifies the charges being asserted.

**RESPECTFULLY SUBMITTED,**

/s/  Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX  78704-6640
(512) 912-0305

# SUMMARY OF PAYMENTS

## ONGOING MORTGAGE PAYMENT (1ST LIEN)

| Date | Check No | Amount | | Creditor Name |
|------|----------|--------|--|---------------|
| 01/30/2014 | 209155 | $5,898.41 | Nov/2013 thru Feb/2014 | CARRINGTON MORTGAGE SERVICES |
| 02/27/2014 | 210479 | $1,548.61 | Mar/2014 | CARRINGTON MORTGAGE SERVICES |
| 03/28/2014 | 211733 | $1,548.61 | Apr/2014 | CARRINGTON MORTGAGE SERVICES |
| 04/29/2014 | 213026 | $1,548.61 | May/2014 | CARRINGTON MORTGAGE SERVICES |
| 05/29/2014 | 214331 | $1,548.61 | Jun/2014 | CARRINGTON MORTGAGE SERVICES |
| 06/26/2014 | 215632 | $1,548.61 | Jul/2014 | CARRINGTON MORTGAGE SERVICES |
| Total: | | $13,641.46 | | |
| 07/30/2014 | 217619 | $1,548.61 | Aug/2014 | SELENE FINANCE LP |
| 08/27/2014 | 218875 | $1,548.61 | Sep/2014 | SELENE FINANCE LP |
| 09/29/2014 | 220130 | $1,548.61 | Oct/2014 | SELENE FINANCE LP |
| 10/30/2014 | 221411 | $1,548.61 | Nov/2014 | SELENE FINANCE LP |
| 11/26/2014 | 222634 | $1,548.61 | Dec/2014 | SELENE FINANCE LP |
| Total: | | $7,743.05 | | |
| **Total:** | | | $21,384.51 | |

## MORTGAGE ARREARAGE

| Date | Check No | Amount | | Creditor Name |
|------|----------|--------|--|---------------|
| 04/29/2014 | 213026 | $603.38 | | CARRINGTON MORTGAGE SERVICES |
| 05/29/2014 | 214331 | $181.67 | | CARRINGTON MORTGAGE SERVICES |
| 06/26/2014 | 215632 | $206.09 | | CARRINGTON MORTGAGE SERVICES |
| Total: | | $991.14 | | |
| 07/30/2014 | 217619 | $206.09 | | SELENE FINANCE LP |
| 08/27/2014 | 218875 | $206.09 | | SELENE FINANCE LP |
| 09/29/2014 | 220130 | $2,164.86 | | SELENE FINANCE LP |
| 10/30/2014 | 221411 | $813.94 | | SELENE FINANCE LP |
| 11/26/2014 | 222634 | $813.94 | | SELENE FINANCE LP |
| Total: | | $4,204.92 | | |
| **Total:** | | | $5,196.06 | |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                            CASE NO. 13-11717-TMD

**RALPH JAMES HARMEL JR.**
**VENESSA ANN HARMEL**
**DEBTORS**                                       **CHAPTER 13**

### CERTIFICATE OF SERVICE

I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Notice of Trustee Disbursements in Ongoing Mortgage Case has been mailed by US Mail to the Debtors, Debtors' Attorney of Record, and all creditors at the addresses listed below on March 13, 2015.

| | | |
|---|---|---|
| RALPH JAMES HARMEL JR.<br>VENESSA ANN HARMEL<br>2013 CHAPARRAL<br>ROUND ROCK, TX 78681 | HEIMER LAW OFFICES PC<br>6633 HIGHWAY 290 EAST<br>SUITE 205<br>AUSTIN, TX 78723<br>(SERVED ELECTRONICALLY) | BARRETT DAFFIN FRAPPIER<br>TURNER & ENGEL LLP<br>15000 SURVEYOR BLVD,<br>SUITE 100<br>ADDISON, TX 75001<br>(SERVED ELECTRONICALLY) |
| SELENE FINANCE LP<br>9990 RICHMOND AVE, STE<br>400S<br>HOUSTON, TX 70042 | SELENE FINANCE LP<br>PO BOX 71243<br>PHILADELPHIA, PA 19176-6243 | |

U.S. TRUSTEE (SERVED ELECTRONICALLY)
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701

Respectfully submitted,

/s/  Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX 78704-6640
(512) 912-0305